# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | |
|---|---|
| IN RE:<br>Alan Daugherty Huggins<br>SSN: xxx-xx-0544<br><br><br>Debtor(s) | Case No.  24-50313<br><br>Chapter 13 |

## APPLICATION FOR COMPENSATION

  The undersigned member of the firm of Law Offices of Robert H. Gourley, Jr., PA, attorney for the debtor, moves the Court for approval of an attorney's fee agreement with the debtor, and shows unto the Court the following:

1. The debtor filed a chapter 13 petition with this Court on August 26, 2024.

2. Your applicant is an experienced bankruptcy practitioner and believes that this case will require services that exceed the services contemplated by the base fee approved by this Court.

3. Prior to signing the initial petition on August 15, 2024 the debtor had six consultations with the undersigned totaling seven and a half hours of time directly with the undersigned.

4. The debtor's case involves a more complex analysis of assets, debts and income than is typical in a traditional consumer case. The review process was made more complex due to (a) the number of businesses related to/owned by the debtor (and the resulting effort to determine assets, asset values, and debts for each) and (b) an underlying complex domestic case (raising related issues of assets and asset values).

5. Due to the complexity of the case, counsel conducted a full "dry run" signing during which counsel reviewed many documents with the debtor and further reviewed and edited the underlying schedules, statements, and forms for the ultimate signing. Finally, counsel and the debtor conducted a second signing of the remaining schedules which, again, required a full review of underlying documents and full review of all edits from the dry run signing.

6. The case will likely involve extended questions from the chapter 13 trustee and may involve extended interaction with counsel for the debtor's ex-spouse.

7. The base fee has been in place for quite some time, and it does not cover many things that are required of the attorneys in anything other than a very simple case. Among more complex cases, this case is and will be more complex than many other consumer cases.

4. The undersigned requests a fee of $10,000, the fee agreed to by counsel and the debtor, in light of the issues discussed above. Counsel believes that this fee is reasonable under the circumstances. The debtor deposited $5,000.00 with counsel, and counsel requests that the balance of $5,000.00 be paid through the debtor's Chapter 13 plan.

WHEREFORE, your applicant moves the Court to approve the agreement entered into by the debtor and your applicant wherein the debtor agreed to a base fee of $10,000.00 for this case, $5,000.00 of which was paid directly by debtor to counsel prior to filing and the balance of $5,000.00 to be paid through the debtors' Chapter 13 plan.

Respectfully submitted this 25th day of September, 2024.

Law Offices of Robert H. Gourley, Jr., PA

__s/Robert H. Gourley, Jr._____
Robert H. Gourley, Jr., Attorney for the Debtor
NC State Bar No. 19034
249 E. Broad Street
Statesville, NC  28677
Telephone: (704)872-5051
Fax: (704)872-5449

## CERTIFICATE OF SERVICE

I, F. Heather Griffin, Attorney with the Law Offices of Robert H. Gourley, Jr., P.A., hereby certify that the Application for Approval of Attorney Fees and Notice of Opportunity for Hearing was served via electronic filing through the US Bankruptcy Court or by depositing a true and exact copy in an official repository of the United States Postal Service in a postage paid envelope addressed to the following:

| | |
|---|---|
| Steven G. Tate, Trustee (via ECF) | Mr. Alan Daugherty Huggins<br>105 Locust Lane<br>Blowing Rock, NC 28605 |
| This the 25th day of September, 2024 | |
| | Law Offices of Robert H. Gourley, Jr., P.A. |
| | s/F. Heather Griffin_____<br>F. Heather Griffin , NC State Bar No.19046 |

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION**

| | |
|---|---|
| IN RE:<br>Alan Daugherty Huggins<br>SSN: xxx-xx-0544<br><br><br>Debtor(s) | Case No. 24-50313<br><br>Chapter 13 |

**NOTICE OF OPPORTUNITY FOR HEARING**
*(Response required if opposed and hearing sought)*

TAKE NOTICE that the Debtor(s) has/have filed papers with the Court to transfer personal property. **YOUR RIGHTS MAY BE AFFECTED**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to allow the motion, or if you want the Court to consider your views on the motion, then on or before **October 14, 2024**, you or your attorney must:

1) File with the Court a written response (an answer explaining your position) at:
   Office of the Bankruptcy Clerk
   United States Bankruptcy Court
   401 W. Trade Street
   Charlotte, NC 28202

If you mail you response to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date stated above.

2) You must also mail a copy to:

| | | |
|---|---|---|
| Robert H. Gourley, Jr.<br>Attorney for the Debtor<br>249 E. Broad Street<br>Statesville, NC 28677 | Steven G. Tate, Trustee | Debtor |

3) If you file a response as set forth above, then a hearing will be held on November 1, 2024 at 9:30 am at the US Bankruptcy Court, 200 W. Broad Street, Statesville, NC 28677.
**NO HEARING WILL BE HELD UNLESS A RESPONSE IS FILED.**
If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

This the 25th day of September, 2024.

The Law Offices of Robert H. Gourley, Jr., P.A.

_____s/Robert H. Gourley, Jr.___
Robert H. Gourley, Jr., NC Bar #: 19034
249 East Broad Street
Statesville, NC 28677
Telephone: (704) 872-5051
Facsimile: (704) 872-5449